# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Charles Jones** DOB: 1964; United States<br>**Darren Lee Whaples** DOB: 1979; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>20-05761 MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about February 18, 2020, in the District of Arizona, **Charles Jones** and **Darren Lee Whaples**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, namely Geny Daniel Lazaro-Payes, Axel Donaldo Lopez-Gregorio, Israel Amaro-Villamar, Gabriel Cruz-Garcia, Victorino Quiroz-Ruiz, Noe Castaneda-Garcia, and Pablo Jimenez-Valdez, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A); 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about February 18, 2020, in the District of Arizona (Douglas), United States Border Patrol Agents (BPA) conducting surveillance saw a Mitsubishi Outlander at an unoccupied house known to harbor illegal aliens. BPA saw the driver **Darren Lee Whaples** walk to the door of the house and the passenger **Charles Jones** standing beside the vehicle. Record checks revealed that the vehicle was registered to a car rental company. BPA saw a group of approximately six suspected illegal aliens get into the vehicle with **Whaples** and **Jones**. BPA followed the vehicle in an unmarked BPA vehicle to a residence. When the vehicle turned around and was driving towards the exit, BPA stepped out of his vehicle and motioned for **Whaples** to stop. The BPA encountered seven people over crowded in the back two bench seats and determined that they were in the U.S. illegally. They were identified as Geny Daniel Lazaro-Payes, Axel Donaldo Lopez-Gregorio, Israel Amaro-Villamar, Gabriel Cruz-Garcia, Victorino Quiroz-Ruiz, Noe Castaneda-Garcia, and Pablo Jimenez-Valdez.

Material witnesses Lazaro-Payes, Lopez-Gregorio, Cruz-Garcia, and Jimenez-Valdez said they had arranged to be smuggled into the United States for money. All seven material witnesses said they crossed the border illegally and they were eventually taken to a house where they waited to get picked up. Lazaro-Payes and Cruz-Garcia said that they were picked up by a black truck from the house. Castaneda-Garcia, Quiroz-Ruiz, and Amaro-Villamar said that there were two people in the vehicle before they got in it. Amaro-villamar identified **Whaples** and **Jones** as the two people who were already in the vehicle. Lazaro-Payes identified **Jones** as the passenger. Quiroz-Ruiz and Jimenez-Valdez identified **Whaples** as the driver.

In a post-*Miranda* statement, **Whaples** only stated that he got a text message stating where to pick up the illegal aliens.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:** Geny Daniel Lazaro-Payes, Axel Donaldo Lopez-Gregorio, Israel Amaro-Villamar, Gabriel Cruz-Garcia, Victorino Quiroz-Ruiz, Noe Castaneda-Garcia, and Pablo Jimenez-Valdez

| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri  /s/ | SIGNATURE OF COMPLAINANT<br>/s/ |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>/s/ | DATE<br>February 19, 2020 |

1) See Federal rules of Criminal Procedure Rules 3 and 54